UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOST INTERNATIONAL, INC. and DOES 1 to 50, inclusive,<br><br>Defendants. | No. 1:17-cv-01487-DAD-MJS<br><br>ORDER GRANTING REQUEST FOR STAY<br><br>(Doc. No. 9) |

On March 26, 2018, the parties filed a joint notice of settlement and joint request to stay all proceedings in this case pending final approval, by the Fresno County Superior Court, of the global settlement agreement encompassing this action and four related actions. (Doc. No. 9.) Finding good cause, the court grants the parties' joint request for stay and orders as follows:

1. This action is stayed pending the final approval of the global settlement in the matter of *Raymond Sandoval v. Host International, Inc.*, No. 17CECG00374, pending in the Fresno County Superior Court;

2. The hearing on defendant's motion to dismiss or stay (Doc. No. 7) currently set for April 17, 2018 is hereby vacated; and

/////

1

3. The parties will advise the court of the status of the settlement in this action in a joint report to be filed no later than August 3, 2018.

IT IS SO ORDERED.

Dated: **March 26, 2018**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE