UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOST INTERNATIONAL, INC.,<br><br>Defendant. | No. 1:17-cv-01487-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 18) |

On January 3, 2020, Plaintiff filed a "Notice of Voluntary Dismissal of Individual Claims and Request for Dismissal of Class Claims," in which Plaintiff requests that the Court dismiss this action with prejudice. (Doc. 18.) Plaintiff filed this notice before the opposing party served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed this matter with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **January 6, 2020**            /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE